JUNE 11, 1973

No. 72–1327.   REA EXPRESS, INC. v. ALABAMA GREAT
SOUTHERN RAILROAD CO. ET AL.   Affirmed on appeal from
D. C. S. D. N. Y.   MR. JUSTICE POWELL took no part in
the consideration or decision of this appeal

No. 72–1594.   DIAMOND ET AL. v. UNITED STATES ET
AL.   Appeal from D. C. D. C.   Motion to dispense with
printing jurisdictional statement granted.   Judgment af-
firmed.   Motion for injunction denied.   MR. JUSTICE
POWELL took no part in the consideration or decision of
this appeal and these motions.

No. 72–6725.   ROSS ET AL. v. BROWN TITLE CORP. ET
AL.   Affirmed on appeal from D. C. E. D. La.   MR. JUS-
TICE DOUGLAS dissents from affirmance.

No. 72–1405.   MOSES LAKE SCHOOL DISTRICT 161 ET
AL. v. BIG BEND COMMUNITY COLLEGE, DISTRICT 18, ET
AL.   Appeal from Sup. Ct. Wash. dismissed for want of
substantial federal question.

No. 72–1438.   SMITH v. VIRGINIA.   Appeal from Sup.
Ct. Va. dismissed for want of substantial federal question.

No. 72–6611.   ANDER v. ANDER.   Appeal from Ct.
App. N. Y. dismissed for want of substantial federal
question.